# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AMANDA PEARCE                                                    PLAINTIFF

VS.                          CASE NO. 4:20-CV-1293 DPM

STATE FARM MUTUAL AUTOMOBILE                          DEFENDANT
INSURANCE COMPANY

## ORDER

The parties are scheduled for a settlement conference before Judge Edie R. Ervin on Wednesday, May 11, 2022.  Pursuant to General Order 54, counsel for both parties and their clients will be allowed to bring electronic devices including cell phones, laptop computers or PDA type devices into the Courthouse.  The parties are advised to bring a copy of this Order to the courthouse to present to the Court Security Officers upon entry into the building.

IT IS SO ORDERED this 2nd day of May, 2022.


_____
Edie R. Ervin, U.S. Magistrate Judge