IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMANDA PEARCE                                                              PLAINTIFF

v.                              No. 4:20-cv-1293-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                       DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 January 2023 to enforce the parties' settlement.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2022